UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALFRED TYRONE RIDDLES,

    Plaintiff,

v.                                    Case No. 3:16cv288-LC-CJK

HARRISON, et al.,

    Defendants.

_____/

ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 2, 2016 (doc. 17).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This action is **DISMISSED WITHOUT PREJUDICE**.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 28th day of December, 2017.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICTJUDGE**

Case No. 3:16cv288-LC-CJK